THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| TUAN A. VU, | |
| Defendant. | |

This matter comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

(a) $1,509.00 in U.S. Currency, more or less, seized from the Defendant on April 21, 2015.

(Dkt. No. 1050.)

The Court, having reviewed the United States' motion, as well as other pleadings and papers filed in this matter, hereby APPROVES entry of a final order of forfeiture for reasons explained herein.

A jury verdict returned on April 28, 2016 found Defendant Tuan A. Vu ("Defendant") guilty of *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846. (Dkt. No. 691.) On September 27, 2016, this Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 2l U.S.C. § 853 and

18 U.S.C. § 924(d)(1) and ordering that Defendant's interest in the property be forfeited. (Dkt. No. 884.) The United States subsequently complied with applicable notice requirements. (Dkt. No. 922); s*ee* 2l U.S.C. § 853(n)(l); Fed. R. Crim. Pro. 2.2(b)(6)(C), 32.2(b)(6)(A). The time for filing third-party petitions has expired, and none were filed. *See* 2l U.S.C. § 853(n)(2).

The Court therefore ORDERS as follows:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Justice, and/or its representative, is authorized to dispose of the above-listed property as permitted by governing law.

DATED this 2nd day of November 2017.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE